

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-73,484-02

### EX PARTE NEAL HAMPTON ROBBINS, Applicant

### ON STATE'S MOTION FOR REHEARING
### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 98-06-00750-CR(2) IN THE 410TH DISTRICT COURT
### MONTGOMERY COUNTY

**MEYERS, J., filed a dissenting opinion.**

### D I S S E N T I N G   O P I N I O N

I disagree with the majority's conclusion that the State's motion for rehearing was improvidently granted, which is a de facto affirmation of the original majority opinion, authored by Judge Womack. *Ex parte Robbins*, WR-73,484-02, 2014 LEXIS 1900 (Tex. Crim. App. Nov. 26, 2014). As I indicated in my dissent to that original opinion, article 11.073 of the Texas Code of Criminal Procedure does not provide for relief based on any constitutional criteria, which is necessary for our analysis of writs of habeas corpus. *Id*. at *81-2 (Meyers, J., dissenting). Therefore, our court is not the appropriate avenue for relief

in this case and relief should be denied. However, by determining that the present motion for rehearing was improvidently granted, the majority is effectively adopting the original opinion. For these reasons, I respectfully dissent.

Meyers, J.

Filed: January 27, 2016

Publish